1  PHILLIP A. TALBERT
   Acting United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        CASE NO. 2:06-MJ-005GGH

12 |                   Plaintiff,     [~~PROPOSED~~] ORDER

13 |              v.

14 | JOSE ANTONIO BOTELLO,

15 |                   Defendant.

16

17     The United States' motion to dismiss without prejudice the underlying UFAP complaint and

18 recall the arrest warrant in the above referenced case, 06-MJ-00005-GGH against defendant JOSE

19 ANTONIO BOTELLO is GRANTED.

20

21 DATED: June 7, 2016

22                                        _____
23                                        ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

   [PROPOSED] ORDER                        1